IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW B. KELLUM,                    )
                                      )
    Plaintiff,                        )
                                      )
v.                                    )          Case No.   23-cv-814-RJD
                                      )
COMMISSIONER of SOCIAL SECURITY,   )
                                      )
    Defendant.                        )

**MEMORANDUM AND ORDER**

**DALY, Magistrate Judge:**

This matter is before the Court on Plaintiff Matthew Kellum's motion for leave to proceed in this District Court without prepaying fees or costs (Doc. 3).   Plaintiff seeks review of a decision of the Commissioner of the Social Security Administration as permitted under 42 U.S.C. § 405(g) (Doc. 1).   A federal court may permit an indigent party to proceed *in forma pauperis*, that is, without prepayment of fees or costs, as long as the action is not clearly frivolous or malicious.   28 U.S.C. § 1915(a)(1).   The test for determining whether an action is clearly frivolous is whether the plaintiff can make a rational argument on the law or facts in support of the claim.   *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Corgain v. Miller*, 708 F.2d 1241, 1247 (7th Cir. 1983).

The Court is satisfied from Plaintiff's affidavit that he is indigent.   He is unemployed and has only a minimal monthly income from another source.   Further, the Court does not find anything in the file to indicate that this action is frivolous or malicious.   Therefore, the Court **GRANTS** the motion to proceed *in forma pauperis* without prepayment of fees and costs (Doc. 3).   The Court notes, however, that it may dismiss this case pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) should it become apparent in the future that the action is frivolous or malicious.

Page **1** of **2**

If Plaintiff wishes the United States Marshals Service ("USMS") to serve process in this case, the Court **DIRECTS** Plaintiff to provide to the USMS the summons issued in this case, the appropriately completed USM-285 forms, and sufficient copies of the complaint for service.

The Court further **DIRECTS** the USMS, upon receipt of the aforementioned documents, to serve a copy of the summons, complaint, and this Order upon Defendant Commissioner of Social Security, the United States Attorney for the Southern District of Illinois, and the Attorney General of the United States, pursuant to Federal Rule of Civil Procedure 4(c)(3) and in the manner specified by Rule 4(1)(1) & (2).   Costs of service shall be borne by the United States.

**IT IS SO ORDERED.**

**DATED: April 17, 2023**

_s/  Reona J. Daly_
**Hon. Reona J. Daly**
**United States Magistrate Judge**